IN THE UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

In the Matter of:

JESUS JASIEL JIMENEZ HUERTAS

Debtor(s)

Case No. 13-04969 ESL

Chapter 13

## ANSWER TO OPPOSITION TO CONFIRMATION OF PLAN

TO THE HONORABLE COURT:

The undersigned, attorney for the above-named debtor, notifies the Court as follows,

1. Banco Popular de Puerto Rico filed a motion objecting the confirmation of the plan dated 6/16/2013 because there were no provision on behalf of his claim. Debtor amended the plan dated October 13, 2013 and proposed to surrender of the vehicle to creditor. Vehicle is the possession of a third party.
2. With the amended plan the objection by Banco Popular is moot.

WHEREFORE, we respectfully request from this Honorable Court to take notice of the informed above and deny objection.

### CERTIFICATE OF SERVICE

I CERTIFY that a copy of this motion has been filed with the Clerk of the Court that will send notice to the Chapter 13 trustee Alejandro Oliveras Rivera and attorney Edgar A. Vega Rivera on behalf of Banco Popular.

In Vega Baja, Puerto Rico, this day October 13, 2013

s/ Juan O. Calderon Lithgow
JUAN O. CALDERON LITHGOW
ATTORNEY FOR DEBTOR, 205607
PO BOX 1710
VEGA BAJA, PR 00694-1710
TEL.: 787-858-5476
Email: caldlithlaw@gmail.com