# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

Debtor: JESUS JASIEL JIMENEZ HUERTAS
Case Number: 13-04969-ESL13                                    Chapter:  13
Date / Time / Room: 11/6/2013 9:00 AM osjcrt2
Bankruptcy Judge:  ENRIQUE S. LAMOUTTE
Courtroom Clerk:   DARHMA ZAYAS
Reporter / ECR:    INECITA COLLAZO

### Matter:

Doc# 24 Confirmation of Amended Plan dated 10/13/13
Doc# 14 Popular Auto objection to confirmation
Doc# 27 Debtor's reply to Popular Auto objection to confirmation
Doc# 17 Trustee's motion to dismiss  *withdrawn (#30)*
Doc# 26 Debtor's opposition to trustee's motion to dismiss
Doc# 28 Popular Auto Inc objection to confirmation

### Appearances:

ALEJANDRO OLIVERAS RIVERA  *O. Navarro*
JUAN O CALDERON LITHGOW ✓

### Proceedings:

ORDER:

___ (Amended) plan dated _____ [Docket no. ___ ] ___CONFIRMED ___ NOT CONFIRMED ___ LBR 3015

___ Debtor's motion for post confirmation modification of plan dated_____; pursuant to §1329, [Docket No._____ ], is hereby _____ granted _____denied.

___ Movant's application to withdraw motion is hereby granted.  Re: Docket No. _____

___ Upon debtor[s]' failure to: ___ to appear at the 341 meeting of creditors, ___ make current payments to the Chapter 13 trustee, ___ appear at the hearing on confirmation, it is now ordered that the instant petition be and it is hereby dismissed.

The trustee is awarded $100.00 costs, ___ balance up to balance of fee to debtor[s]' attorney.

___ Debtor[s]' request for conversion to Chapter 7 is hereby granted. ___ The $25.00 conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee.  The Chapter 13 trustee is awarded $100.00 costs.

___ Debtor[s]' request for dismissal is hereby granted.  The Chapter 13 trustee is awarded $100.00 costs.

___There being no opposition, debtor[s]' request to set aside dismissal order [Docket # ___ ] is hereby granted.

___ The parties are granted ____ days to file a settlement agreement.

_X_ Hearing on Confirmation/Contested Matter is continued to: _____ *1.29.14 at 9:00 A.M. (if contested)*

___Attorney's Fees:$3,000.00; Other:_____

*Debtor shall file amended Chapter 13 plan within 14 days; Trustee granted 14 days thereafter to file report*

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge