IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In the Matter Of: | Case No. 13-04969 (ESL) |
| JESUS JASIEL JIMENEZ HUERTAS<br>SSN: xxx-xx-2879 | Chapter 13 |
| Debtor | |

NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION
(DOCKET NO. 28)

TO THE HONORABLE COURT:

COMES NOW, creditor POPULAR AUTO, INC., represented by the undersigned attorney and very respectfully states and prays as follows:

1. On October 17th 2013, appearing creditor filed an "Objection to Confirmation of Debtor's Chapter 13 Plan …" because the plan provides for the surrender of the collateral in favor of Banco Popular de Puerto Rico[1] instead of a lift of stay (the auto is in the possession of a third party) at docket no. 28.

2. Debtor filed an Amended Chapter 13 Plan dated November 15th 2013 that provides for the lift of stay in favor of Banco Popular de Puerto Rico (Popular Auto). See docket no. 34. The amended plan takes care of our Objection to Confirmation.

3. In light of the above stated, appearing creditor wishes to withdraw its Objection to Confirmation.

WHEREFORE, creditor POPULAR AUTO, INC., respectfully requests this Honorable Court to take notice of the withdrawal of its Objection to Confirmation.

Notice of Withdrawal of Objection …
Case No. 13-04969 (ESL)
By: Popular Auto
November 18, 2013
Page No. 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY: That on November 18th 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Juan O. Calderon Lithgow, Esq., Attorney for debtor; Mr. Alejandro Oliveras Rivera, Esq., Chapter 13 Trustee; and I hereby certify that I have mailed by the United States Postal Service the document to the following non CM/ECF participants: Mr. Jesus J. Jimenez Huertas, Debtor, Parcelas Marques, 8 Calle Higuera, Manati, P.R. 00674.

Respectfully submitted in San Juan, Puerto Rico, this 18th day of November, 2013.

    s/ EDGAR A. VEGA RIVERA
    EDGAR A. VEGA RIVERA, ESQ.
    USDC- PR 212210
    Attorney for Popular Auto
    Consumer Bankruptcy Department
    PO Box 366818
    San Juan, Puerto Rico 00936-6818
    Tel. (787) 753-7849; Fax. (787) 751-7827
    E-mail: edvega@bppr.com

---

[1] It must be Popular Auto, Inc.