IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JESUS JASIEL JIMENEZ HUERTAS

CASE NO. 13-04969-ESL

CHAPTER 13

DEBTOR(S)

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **July 19, 2013**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: $0.00

3. With respect to the attached payment plan:

AMENDED PLAN DATE: November 15, 2013          PLAN BASE: $22,900.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 12/2/2013

[ ] FAVORABLE          [X] UNFAVORABLE

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

**2. [X] INSUFFICIENTLY FUNDED § 1325(b):**

**Plan is insufficiently funded to pay secured creditors. Debtor needs to consider interest rate of 6.5% included in Reliable's amended claim 01-2.**

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

**5. [X] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):**

**Debtor needs to file amended schedule "J" to sustain decrease on plan's payments of $100 starting on month five. Debtor has continued making payments for $475.00. Debtor needs to inform if any change on income and provide evidence of current income to sustain such decrease.**

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

**7. [X] OTHER:**

**Plan needs to include language that Trustee will not make any disbursements to BPPR as per provision on plan consenting to the lift of stay in favor of this creditor. Plan also has to specify name of insurance holder providing coverage to Reliable's collateral.**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$400.00/$2,600.00

Atty:   JUAN O CALDERON

/s/ Pedro R Medina
Pedro R Medina

USDC #226614
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - SR